**Order entered May 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01021-CR

**JONATHAN PETERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-61407-W**

## ORDER

In this case, appellant raises an issue related to the costs assessed against him. The record, however, does not contain a cost bill or other document with an itemized list of costs assessed in this case.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental clerk's record containing a detailed itemization of the costs assessed in this case, including but not limited to, specific court costs, fees, and court appointed attorney fees. We further **ORDER** that the supplemental clerk's record include a document explaining any and all abbreviations used to designate a particular fee, cost, or court appointed attorney fee.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.


/s/     CAROLYN WRIGHT
        CHIEF JUSTICE